UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:06-cr-00005-2F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTONIO AUGUSTUS BOONE | ) | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 130 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 15th day of December, 2014.

*James C. Fox*
JAMES C. FOX
Senior United States District Judge